AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>Sean DEY<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 3, 2018__ in the county of __Fairfield__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(o) | Knowing Possession of a Machinegun |
| 26 USC 5861(i) | Possession of a Firearm Unidentified by Serial Number |

This criminal complaint is based on these facts:

see attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher H. Edwards, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/09/2018

_____
*Judge's signature*

City and state: Bridgeport, CT            Hon. William I. Garfinkel, US Magistrate Judge
*Printed name and title*

## COMPLAINT

I, Christopher H. Edwards, being duly sworn, depose and state the following:

1. I am a Special Agent employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). As such, I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code; that is, an officer empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Section 2516 of Title 18. I have been employed by ATF as a Special Agent for two years.

2. I graduated from the ATF Special Agent Basic Training program in June, 2016. I am currently assigned to the ATF New Haven field office, within the Boston field division. Prior to the ATF, I was employed as a Detective of Investigations for the Morris County New Jersey Prosecutor's Office from December 2013 through January 2016, having graduated from the New Jersey Division of Criminal Justice Basic Investigator's Training Course in 2014. Additionally, I was employed as a Special Agent with the Drug Enforcement Administration (DEA) from August 2010 until August 2011, following graduation from the DEA Basic Agent Training course in 2010.

3. During my tenure with the ATF, Morris County Prosecutor's Office, and DEA, I have participated in investigations involving violent crimes, the illegal trafficking of firearms, and the illegal acquisition and distribution of narcotics, among numerous others. I have participated in this investigation and, as a result of this participation, as well as information provided to me by other law enforcement officers, am thoroughly familiar with the information contained herein.

1

4. I am one of the case agents directing the investigation of Sean DEY, for violations of Title 18, United States Code, Section 922(o) (Knowing Possession of Machinegun); and Title 26, United States Code, 5861(d) (Receipt or Possession of an Unregistered Firearm); Title 26, United States Code 5861(f) (Making a firearm in violation of chapter); Title 26, United States Code, 5861 (i) (Receipt or possession of a firearm unidentified by serial number); (hereinafter "the Subject Crimes").

5. I have participated fully in this investigation and, as a result of my participation and information received from other law enforcement officers, I am thoroughly familiar with the circumstances of the investigation and the information set forth in this affidavit. I have also received information related to this matter from the Bridgeport (Connecticut) Police Department ("BPD").

6. I am one of the case agents directing the investigation of Sean DEY for violations of Title 18, United States Code, Section 922(o) (Knowing Possession of Machinegun); and Title 26, United States Code, 5861(d) (Receipt or Possession of an Unregistered Firearm); Title 26, United States Code 5861(f) (Making a firearm in violation of chapter); Title 26, United States Code, 5861 (i) (Receipt or possession of a firearm unidentified by serial number).

7. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of an arrest warrant and criminal complaint, I have not included each and every fact known to me regarding this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the arrest of Sean DEY (DOB; [Redacted].

I. **Probable Cause**

8.     On March 29, 2018, a cooperating source (CS) placed a monitored phone call to Sean DEY at cellular phone number [Redacted] ("Dey's Cellphone"), the to place an order for a machinegun to be made. The phone call was made in the presence of Task Force Officer (TFO) Dennis Martinez. ATF attempted to record the phone call; however the recording device did not function properly.

9.     The CS initiated three calls and one text message to the Dey's Cellphone, beginning at approximately 1:00 p.m. until approximately 2:00 p.m.. DEY called back, using the Dey's Cellphone, at approximately 2:30 p.m. and TFO Martinez instructed the CS to let the call ring and call him back. The CS did so and DEY answered.

10.    The CS stated to DEY that he had someone who wanted one of those "things." The CS inquired if DEY had anything available. DEY asked how soon would it be needed and the CS said by early next week. DEY stated he had enough parts in his house to make two, either a Sten or a "shorty." The CS inquired what a "shorty" was and DEY stated it was a "Commando." The CS asked if it was "full auto" and DEY stated "yeah."

11.    The CS asked how much DEY wanted for the "Commando," to which DEY then asked the CS how much he thought. The CS said "1500?" DEY agreed and gave a date of next Tuesday, adding he was "out shopping" but that he would text the CS when he returned home, which I know to be [Redacted] Torringford West Street, Torrington, CT 06790, and checks what parts he has available and would let CS know.

12.    On the evening of March 29, 2018, the CS indicated DEY called him back. The call was not monitored; however the CS contacted TFO Martinez and informed him of the call and of the content. DEY contacted the CS to inquire as to whether DEY should order a sear for

3

the firearm he would be building for the CS, or whether he should make his own sear. DEY indicated ordering the sear would extend the timetable of the completion of the firearm. The CS stated he told DEY that DEY could make the sear. On the morning of April 2, 2018, an unmonitored call between Sean DEY and the CS occurred in which DEY indicated the firearm was ready and DEY and the CS agreed upon a meeting time of 10:00 p.m. on April 3, 2018 in the parking lot of UPS, located at 1010 Honeyspot Road Stratford, CT for the transaction.

13. On April 2, 2018, SA Christopher Edwards conducted surveillance of [Redacted] Torringford West St, Torrington, CT 06790, between the approximate hours of 0615 and 0800. The residence is along a main thoroughfare, thus surveillance was conducted by driving by the residence several times during that time. At approximately 0615hrs, SA Edwards observed the residence, marked by a mailbox with [Redacted] displayed on it. Additionally, there were two vehicles in the driveway directly in front of the residence. Those two vehicles and their registration plates were observed and are described as follows: one grey minivan (CT: 5AJ-VH0); and one red pickup truck (CT: C122050).

14. At approximately 8:00 a.m., SA Edwards observed a white male in a jacket with a hood cleaning the snow off the pickup truck in the driveway. SA Edwards also observed a small wooden shed located next to the garage that appeared detached from the garage itself.

15. SA Edwards queried the Connecticut DMV system through COLLECT and the following information was returned for the two vehicles observed on surveillance: CT registration 5AJ-VH0 is a grey 2007 Chrysler Town and Country minvan registered to Jessica DEY, [Redacted] Torringford West St, Torrington, CT 06790; CT registration C122050 is a red 2004 Toyota Tacoma, registered to Sean DEY, [Redacted] Torringford West St, Torrington, CT 06790.

4

16. On April 3, 2018, beginning at approximately 7:27 p.m., SA Michael Curran began intermittent surveillance of [Redacted] Torringford West Street, Torrington, CT; the residence of DEY. At that time, S/A Curran observed two vehicles known to be associated with DEY, a red Toyota pickup truck and a grey minivan. Periodically, SA Curran drove past the residence and observed both vehicles parked in the driveway up until approximately 8:58 p.m. At 9:13 p.m., SA Curran observed that the red truck was no longer at the residence. Per Google Maps, the most direct route from DEY'S residence to UPS is 56.1 miles, with typical travel time of approximately 1 hour.

17. SA Michael Oppenheim then met with the CS, who was already present at the UPS facility. SA Oppenheim provided him with a covert audio & video recorder and audio transmitter, as well as second audio recorder/transmitter. SA Oppenheim provided the CS with $1,500.00 in pre-recorded AC funds.

18. At approximately 9:41 p.m., the CS placed at call to DEY at [Redacted]. DEY advised that he was just passing exit 17, and would be "on time." Based on this information, SA Oppenheim believed that DEY was traveling State Route 8 southbound from Torrington to Stratford, exit 17 being approximately 16 miles away from the UPS facility. DEY also told the CS that he would driving a red truck.

19. At approximately 9:58 p.m. surveillance observed DEY'S red Toyota truck arrive at the UPS employee parking lot adjacent to 1010 Honeyspot Road, Stratford, CT. DEY parked his vehicle near the CS's vehicle, as the CS had exited his vehicle to greet DEY. The following information is based on the direct observations of participating law enforcement, a review of the audio and video recording and a debrief of the CS.

20. At approximately 10:00 p.m., the CS greeted DEY, and DEY handed the CS the rifle, which was tightly wrapped up in a black plastic garbage bag. The CS placed the rifle on the back seat of his vehicle, and provided the AC funds to DEY while stating "it's a lot of 20s," and "1500, right?" to which DEY replied "yea."

21. DEY then asked the CS what the rush [to obtain the firearm] was, if the CS even knew. The CS replied that the buyer was "just an asshole" who had the money ready. DEY stated "I put three mags through it, so it should have no problems with anything."

22. The two then separated, each re-entering their respective vehicles. DEY left the area, and was observed heading in the direction of Route 8. The CS remained in his vehicle until SA Oppenheim came to him. Once at his vehicle, SA Oppenheim observed the rifle in the black plastic bag on the rear seat. SA Oppenheim retrieved both surveillance devices from the CS, and searched both him and his vehicle for contraband or currency with negative results. SA Oppenheim retrieved the rifle from the CS's vehicle.

23. On April 4, 2018, SA Oppenheim examined the firearm, to include a field test-fire, which indicated that firearm is a machinegun. The rifle had no serial number or other manufacturer information. The selector switch area appears to have been over stamped with an "S" over the imprinted "SAFE," an "I" or "F" over the imprinted "FIRE," and an "A" in the automatic position, where there was no other marking on the firearm.

24. On March 21, 2018, SA Sean Brackett initiated a check through the Bureau of Alcohol, Tobacco, Firearms, and Explosives National Firearm Registration and Transfer Record for registration status of any National Firearms Act (NFA) weapons registered to Sean DEY (Redacted; SSN: Redacted). The result of the check was negative.

25. Based on my investigation and the investigation of others, there is probable cause to believe, and I do believe, that DEY has committed violations of Title 18, United States Code, Section 922(o) (Knowing Possession of Machinegun); and Title 26, United States Code, 5861(d) (Receipt or Possession of an Unregistered Firearm); Title 26, United States Code 5861(f) (Making a firearm in violation of chapter); Title 26, United States Code, 5861 (i) (Receipt or possession of a firearm unidentified by serial number). Accordingly, I request the issuance of a complaint and warrant authorizing his arrest.

---

CHRISTOPHER H. EDWARDS
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES

Subscribed and sworn to before me this 9th day of April 2018 in Bridgeport, Connecticut.

---

HON. WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE