UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-17-1

FILED

2018 MAY 24  P 1: 56

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.  18-cr-111 (AWT) |
| v. | VIOLATIONS: |
| SEAN DEY,<br>GEORGE JAIMAN, and<br>PHILLIP JAIMAN, a.k.a. "Bo" | 18 U.S.C. § 371 (Conspiracy to Engage Unlawfully in the Business of Selling Firearms) |
| | 18 U.S.C. §§ 922(o) and 924(a)(2) (Unlawful Possession and Transfer of a Machinegun) |
| | 26 U.S.C. §§ 5841, 5861(d) and 5871 (Unlawful Possession of Unregistered Firearm) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Conspiracy to Engage Unlawfully in the Business of Selling Firearms)

The Defendants

1.    At all times relevant to this Indictment, defendants SEAN DEY, GEORGE JAIMAN, and PHILLIP JAIMAN, a.k.a. "Bo," were residents of the State of Connecticut.   DEY and GEORGE JAIMAN were former co-workers and PHILLIP JAIMAN was GEORGE JAIMAN's son.

The Conspiracy

2.    From on or about the July 2017 through April 11, 2018, in the District of Connecticut, the defendants SEAN DEY, GEORGE JAIMAN, and PHILLIP JAIMAN, a.k.a. "Bo," each not being a licensed dealer and manufacturer of firearms within the meaning of Chapter

44, Title 18, United States Code, combined, conspired, confederated and agreed together and with each other to commit the offense of willfully engaging in the business of dealing in and manufacturing firearms against the United States in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### The Manner and Means of the Conspiracy

3.     It was part of the conspiracy that defendant SEAN DEY ordered parts and materials necessary to build machine guns from businesses with which he transacted over the internet and purchased other parts and materials for manufacturing machine guns from local stores.     Using the parts, DEY manufactured machine guns in his basement workshop.

4.     It was further part of the conspiracy that DEY transferred the machineguns he manufactured to GEORGE JAIMAN, who sold the machineguns to third parties, including PHILLIP JAIMAN.   In exchange for the machineguns, GEORGE JAIMAN provided DEY with a large portion of the machinegun sale proceeds and retained the remainder as his profit.

5.     It was further part of the conspiracy that PHILLIP JAIMAN was acquainted with convicted felons in the vicinity of Bridgeport, Connecticut.    PHILLIP JAIMAN sold machineguns he received from GEORGE JAIMAN to convicted felons.   PHILLIP JAIMAN kept a portion of the proceeds of his machinegun sales to convicted felons for himself and provided GEORGE JAIMAN and SEAN DEY with the remainder of the sales proceeds.

### Overt Acts

6.     In furtherance of the above conspiracy, and in order to effectuate the objects thereof, the following overt acts, among others, were committed in the District of Connecticut and elsewhere:

2

a.      On August 20, 2017, PHILLIP JAIMAN transferred to a convicted felon a Sten machinegun and suppressor.  The Sten machinegun and suppressor had been manufactured by DEY and transferred to PHILIP JAIMAN by GEORGE JAIMAN.

b.      On August 29, 2017, PHILLIP JAIMAN transferred to a convicted felon an AK-style machinegun, with marking 1980LN0058.   The AK-style machinegun had been manufactured by DEY and transferred to PHILLIP JAIMAN by GEORGE JAIMAN.

c.      On September 18, 2017, PHILLIP JAIMAN transferred to a convicted felon an AR-style machinegun and suppressor.   The AR-style machinegun and suppressor had been manufactured by DEY and transferred to PHILLIP JAIMAN by GEORGE JAIMAN.

All in violation of Title 18, United States Code, Section 371.

COUNT TWO
(Unlawful Possession and Transfer of a Machinegun)

7.      The allegations set forth in Paragraphs 1 and 3 through 6 of this Indictment are hereby realleged and incorporated as though set forth fully herein.

8.      On or about August 20, 2017, in the District of Connecticut, defendant PHILLIP JAIMAN, a.k.a. "Bo," did knowingly possess and transfer a machine gun, that is, Sten machinegun and suppressor.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT THREE
(Unlawful Possession and Transfer of a Machinegun)

9.      The allegations set forth in Paragraphs 1 and 3 through 6 of this Indictment are hereby realleged and incorporated as though set forth fully herein.

10.    On or about September 18, 2017, in the District of Connecticut, defendant PHILLIP

JAIMAN, a.k.a. "Bo," did knowingly possess and transfer a machine gun, that is, an AK-47-style

machinegun with a collapsible stock and a fore-grip, bearing serial number 1980LN0058.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT FOUR
(Unlawful Possession and Transfer of a Machinegun)

11.    The allegations set forth in Paragraphs 1 and 3 through 6 of this Indictment are

hereby realleged and incorporated as though set forth fully herein.

12.    On or about August 29, 2017, in the District of Connecticut, defendant PHILLIP

JAIMAN, a.k.a. "Bo," did knowingly possess and transfer a machine gun, that is, an AR-style

machinegun and suppressor.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT FIVE
(Unlawful Possession of a Machinegun)

13.    On or about March 28, 2018, in the District of Connecticut, defendant GEORGE

JAIMAN did knowingly possess a machine gun, that is, an AK-47-style machinegun, bearing no

serial number and an AR-style machinegun, bearing a suppressor, bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT SIX
### (Unlawful Possession and Transfer of a Machinegun)

14.     On or about April 3, 2018, in the District of Connecticut, defendant SEAN DEY did knowingly possess and transfer a machine gun, that is, an AR-style machinegun, bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT SEVEN
### (Unlawful Possession of an Unregistered Firearm)

15.     On or about the April 11, 2018 in the District of Connecticut, the defendant, SEAN DEY, knowingly received and possessed a firearm, namely a silencer, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATION
### (Firearms Offense)

16.     Upon conviction of any of the firearm offenses alleged in Count One through Seven of this Indictment, defendants SEAN DEY, GEORGE JAIMAN, and PHILLIP JAIMAN, a.k.a. "Bo," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the respective offense of conviction.

5

All in accordance with 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY